No. 74–1476. UNITED STATES v. SELLERS; and

No. 74–6503. SELLERS v. UNITED STATES. C. A. 4th Cir. Motion of petitioner in No. 74–6503 for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of United States v. Gaddis, ante, p. 544. MR. JUSTICE STEVENS took no part in the consideration or decision of these cases. Reported below: 520 F. 2d 1281.

No. 75–167. UNITED STATES v. PHILLIPS. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of United States v. Gaddis, ante, p. 544. MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 75–272. WILLIAMS, DISTRICT ATTORNEY GENERAL v. HILLIARD. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Imbler v. Pachtman, ante, p. 409.